In the Matter of ANN POLETTA, a Child under Sixteen Years of Age. MARGARET POLETTA, Appellant; GUARDIAN ANGEL HOME, Respondent.— Order affirmed, without costs of this appeal to any party. All concur. (The order denies the application by the mother for the release of Ann Poletta from the Guardian Angel Home.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HELENA M. HUHN, Appellant, v. EDWARD J. SHEA et al., Respondents.— NORMAN HUHN, Appellant, v. EDWARD J. SHEA et al., Respondents.— Order affirmed, with costs to the respondents to abide the event. All concur. (The order grants defendants' motion to set aside verdicts of a jury in favor of plaintiffs and grants new trials in automobile negligence actions.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

PREMIUM DISCOUNT CORPORATION, Respondent, v. PACIFIC FIRE INSURANCE COMPANY, Appellant.— Order modified by adding thereto a provision permitting defendant to renew the motion upon proper papers, if so advised, and as modified affirmed, with ten dollars costs and disbursements to the respondent. All concur. (The order denies a motion by defendant for an examination of plaintiff's officers before trial, and for a discovery and inspection of plaintiff's books and records.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

(A) LLOYD F. OLSON, Respondent, v. KATHRYN ABBOTT, Appellant, et al., Defendants. (B) ALBERT L. WALTER et al., as Administrators of the Estate of GERALDINE WALTER, Deceased, Respondents, v. NORTHLAND PETROLEUM TRANSPORT COMPANY, INC., Respondent, and KATHRYN ABBOTT, Defendant-Appellant. (C) JOHN H. REUTHER, an Infant, by HOWARD J. REUTHER, His Guardian ad Litem, Respondent, v. KATHERINE ABBOTT, Appellant, and NORTHLAND PETROLEUM TRANSPORT COMPANY, INC., et al., Defendants-Respondents. (D) HOWARD J. REUTHER, Respondent, v. KATHERINE ABBOTT, Appellant, and NORTHLAND PETROLEUM TRANSPORT COMPANY, INC., et al., Defendants-Respondents. (E) KATHRYN ABBOTT, as Administratrix of the Estate of HOWARD H. ABBOTT, Deceased, Appellant, v. LLOYD F. OLSON, Respondent, and NORTHLAND PETROLEUM TRANSPORT COMPANY, INC., Impleaded Defendant, Respondent. (F) PETROLEUM TRANSPORT, INC., Respondent, v. KATHRYN ABBOTT, Appellant. (G) NORTHLAND PETROLEUM TRANSPORT COMPANY, INC., Respondent, v. KATHRYN ABBOTT, Appellant.— Order modified by striking out the four ordering paragraphs thereof and by inserting in place thereof the following: " Ordered that all the actions be tried together without consolidation as provided in section 96-a of the Civil Practice Act ", and as modified affirmed, without costs of this appeal to any party. All concur. (The order consolidates actions B, C, and D, and consolidates actions A, F, and G, but denies in all other respects the motion of Kathryn Abbott, individually and as administratrix, to consolidate all of the actions. The seven actions arise out of a collision between an automobile and a truck.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.